ADAM N. BARASCH (State Bar No. 158220)
MARY KATE SULLIVAN (State Bar No. 180203)
MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for Defendant
NATIONSTAR MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA—SAN FERNANDO DIVISION

| | |
|---|---|
| ALLANA BARONI,<br><br>    Debtor.<br><br>ALLANA BARONI,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC<br><br>    Defendant. | Case No. 1:12-bk-10986-AA<br><br>Chapter 11<br><br>Adv. No. 1:13-ap-01069-AA<br><br>**DEFENDANT NATIONSTAR'S RESPONSE TO PLAINTIFFS' EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ADAM BARASCH**<br><br>DATE:          November 12, 2014<br>TIME:           10:00 a.m.<br>COURTROOM: 303<br>                            21041 Burbank Blvd.<br>                            Woodland Hills, CA 91367<br>JUDGE:         Hon. Alan M. Ahart<br><br>FAC Filed:    June 5, 2013 |

11951.0140/3485046.1

RESPONSE TO EVIDENTIARY OBJECTIONS

Defendant Nationstar Mortgage LLC ('Nationstar') respectfully submits the following response to the evidentiary objections to the Declaration of Adam Barasch filed by Plaintiff Allana Baroni ('Plaintiff') in opposition to Nationstar's Motion for Summary Judgment.

## PLAINTIFFS' OBJECTIONS

Objection 1:

The Declaration of Adam Barasch, ¶6.

"Claim 9-1 lists 'Nationstar Mortgage, LLC' as the creditor, states the amount of the claim at $1,480,705.83 and states that the claim is fully secured due to a recorded deed of trust. Attached to the proof of claim as exhibits, aside from the summary of the pre-petition arrears, are the note, and the deed of the trust."

Grounds for Plaintiffs' Objection:

Hearsay–Federal Rules of Evidence ('FRE') 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201.

The Note attached as Exhibit A, is not the note attached to Claim 9-1, raising the factual issue of which Note Nationstar or Wells Fargo as Trustee claim to own.

Mr. Barasch fails to inform the Court that on December 12, 2011, an assignment of the Deed of Trust was executed in favor of Aurora Bank, FSB ('Assignment'). On March 2, 2012, the Assignment was recorded in the Monterey County land records. Therefore Nationstar is not the current beneficiary of the Deed of Trust attached to Claim 9-1.

Defendant's Response:

The Note attached to Edward Hyne's declaration as <u>Exhibit A</u> is a copy of the original Note. Plaintiff has presented no evidence that there is more than one Note, other than just speculation. Finally, an Assignment of the beneficial interest of the Deed of Trust has nothing to do with possession of the Note, which under the California Commercial Code can be enforced by anyone in possession including a servicer on behalf of the owner of the Note.

Objection 2:

The Declaration of Adam Barasch, ¶8-11.

11951.0140/3485046.1            2

"On or around June of 2013, upon my request, Nationstar requested that the original loan documents for the loan that is the basis for Claim 9-1 be sent to me. Shortly thereafter, I received the original copy of the note (the 'Note') and deed of trust ('Deed of Trust') for Plaintiff's loan. A true and correct copy of the Note, made by my office from the Note once it entered my possession, is attached as Exhibit A to the declaration of Edward Hyne. I am prepared to provide these documents for *in camera* review by the Court."

Grounds for Plaintiffs' Objection:

Hearsay–Federal Rules of Evidence ("FRE") 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201.

The Forensic Examiner's report attached as "Exhibit 2," to the Opposition, demonstrates that the Note Mr. Barasch apparently has in his possession, and attached as Exhibit A to Mr. Hyne's declaration, is not the same Note attached to Claim 9-1, raising the factual issue of which Note Nationstar or Wells Fargo are attempting to enforce.

Mr. Barasch did not attach a copy of the Bailee letters demonstrating the custody chain of the Note described in his affidavit. These custodial documents were requested from Nationstar under FRBP 2004 but not produced.

Defendant's Response:

The Forensic Examiner's report attached as "Exhibit 2," to the Opposition is not relevant as it addresses the review of documents in 2011. Nowhere in the report does she state that she reviewed the copy of the Note attached to Claim 9-1 or the copy of Exhibit A. Barasch has laid the proper foundation for custody chain and no Bailee letter is required.

| | | |
|---|---|---|
| 1 | DATED: October 29, 2014 | Respectfully submitted, |
| 2 | | SEVERSON & WERSON |
| 3 | | A Professional Corporation |
| 4 | | |
| 5 | | By: /s/ Adam N. Barasch |
| | | Adam N. Barasch |
| 6 | | Attorneys for Defendant |
| 7 | | WELLS FARGO BANK, N.A. AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE |
| 8 | | LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-17 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11951.0140/3485046.1                    1

Case 1:13-ap-01069-MB    Doc 65    Filed 10/29/14    Entered 10/29/14 14:50:15    Desc
Main Document    Page 6 of 6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled (*specify*): Response to Evidentiary Objections to Declaration of Adam Barasch  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 29, 2014  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)       United States Trustee (ustregion16.wh.ecf@usdoj.gov)

Michael S. Riley (mriley8@aol.com)            S Margaux Ross (margaux.ross@usdoj.gov)

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 29, 2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Alan M. Ahart            Allana Baroni
U.S. Bankruptcy Court                   3339 Via Verde Ct.
21041 Burbank Blvd., Suite 342          Calabasas, CA 91302
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2014 | Jennifer W. Jones | /s/ Jennifer W. Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |