ADAM N. BARASCH (State Bar No. 158220)
MARY KATE SULLIVAN (State Bar No. 180203)
MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
anb@severson.com

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA—SAN FERNANDO DIVISION

| | |
|---|---|
| ALLANA BARONI,<br><br>　　　　Debtor.<br><br>---<br><br>ALLANA BARONI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendant. | Case No. 1:12-bk-10986-AA<br><br>Chapter 11<br><br>Adv. No. 1:13-ap-01069-AA<br><br>**DEFENDANT NATIONSTAR'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MEREDITH DEKALB MILLER**<br><br>DATE:　　November 12, 2014<br>TIME:　　10:00 a.m.<br>COURTROOM:　303<br>　　　　21041 Burbank Blvd.<br>　　　　Woodland Hills, CA 91367<br>JUDGE:　　Hon. Alan M. Ahart<br><br>FAC Filed:　June 5, 2013 |

| **Material Objected To** | **Grounds for Objection** |
|---|---|
| 1. The entire declaration of Ms. Miller. | Hearsay–Federal Rules of Evidence ('FRE') 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; |

11951.0140/3484418.1

EVIDENTIARY OBJECTIONS TO DECLARATION OF MILLER

| | |
|---|---|
| | Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201. This entire declaration is irrelevant as she reviewed documents in 2011 (See Declaration, Page 28, Lines 5-18.); she did not review any documents related to this action or this particular motion. Therefore, her opinion, even if were established she was an expert, which she is not, does not address the actual documents for this motion and issued related to the current litigation. |
| 2. Miller Declaration, ¶ 32, pg. 31, 17-20: "Hole punches were observed on the Qc1, Qc2, Q5, and Qc6 specimens. Due to the lack of clarity of the Qc3 copy, no determination could be reached whether or not hole punches were on the Qc3 specimen. No hole punches were observed on the Q4 | Hearsay–Federal Rules of Evidence ("FRE") 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; |

| | |
|---|---|
| specimen." | Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201. Whether a document has or does not have hole punches does not in itself raise a basis for objecting to the authenticity of said document. |
| 3.  Miller Declaration, ¶ 33, pg. 31, 21-23: "Similarities in handwritten notations (i.e. 17362807 Kahrl) were observed on the first page of the Qc1 and Q5 specimens. This handwritten notation was not observed on the Qc2, Qc3 and/or the Qc6 specimen." | Hearsay–Federal Rules of Evidence ('FRE') 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201. Declarant has not reviewed the Note attached to the Declaration of A.J. Loll in |

| | | |
|---|---|---|
| | | support of Motion for Summary Judgment or the Note attached to the proof of claim, so even if there were any validity to Declarant's opinion, which there is not, it is irrelevant to the pending Motion. |
| 4. | Miller Declaration, ¶ 34, pg. 31, 24-26: "A stamp impression reading 'Certified to be a true and correct copy of the original' is observed on the first page of the Qc3 specimen. This stamp impression is not observed on the Qc1, Qc2, Q5, and/or Qc6 specimens. | Hearsay–Federal Rules of Evidence ('FRE') 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201. Declarant has not reviewed the Note attached to the Declaration of A.J. Loll in support of Motion for Summary Judgment or the Note attached to the proof of claim, so even if there were |

| | |
|---|---|
| | any validity to Declarant's opinion, which there is not, it is irrelevant to the pending Motion. |
| 5. Miller Declaration, ¶ 35, pg. 32, 2-3: "The front text and 'James Baroni' signatures are consistent between the Qc1, Qc2, Qc3, Qc5, and Qc6 specimens. However, the font size of the Qc5 and Qc6 specimens are smaller." | Hearsay–Federal Rules of Evidence ("FRE") 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201. Declarant has not reviewed the Note attached to the Declaration of A.J. Loll in support of Motion for Summary Judgment or the Note attached to the proof of claim, so even if there were any validity to Declarant's opinion, which there is not, it is irrelevant to the pending Motion. |

| | |
|---|---|
| 6.  Miller Declaration, ¶ 36, pg. 32, 4-5: "The endorsements signatures on the endorsement page Qc2 and Qc6 are configured differently than the Qc1, Qc3, and Q5 endorsement signatures." | Hearsay–Federal Rules of Evidence ("FRE") 802; Lack of Foundation–FRE 402; Lack of Personal Knowledge–FRE 602; Speculation–FRE 602; Assumes Facts not in Evidence–FRE 402; Improper Opinion–FRE 701, 704; Relevance–FRE 402; Subject to Dispute, Not Capable of Accurate and Ready Determination–FRE 201. Declarant has not reviewed the Note attached to the Declaration of A.J. Loll in support of Motion for Summary Judgment or the Note attached to the proof of claim, so even if there were any validity to Declarant's opinion, which there is not, it is irrelevant to the pending Motion. |
| | |

1
2
3  DATED: October 29, 2014              Respectfully submitted,
4                                       SEVERSON & WERSON
                                        A Professional Corporation
5
6                                       By:    /s/ Adam N. Barasch
7                                                   Adam N. Barasch
8                                       Attorneys for Defendant
9                                       NATIONSTAR MORTGAGE LLC

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11951.0140/3484418.1                     7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11951.0140/3484418.1                                   1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled (*specify*): Defendant Nationstar's Evidentiary Objections to Declaration of Meredith Dekalb Miller  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 29, 2014  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Louis J. Esbin (esbinlaw@sbcglobal.net)     United States Trustee (ustregion16.wh.ecf@usdoj.gov)

Michael S. Riley (mriley8@aol.com)     S Margaux Ross (margaux.ross@usdoj.gov)

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 29, 2014 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Alan M. Ahart     Allana Baroni
U.S. Bankruptcy Court     3339 Via Verde Ct.
21041 Burbank Blvd., Suite 342     Calabasas, CA 91302
Woodland Hills, CA 91367-6606

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2014 | Jennifer W. Jones | /s/ Jennifer W. Jones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**